RECEIVED
JUN - 4 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| FRED WILSON, et al.,<br>Plaintiffs | CIVIL ACTION<br>NO. 1:13-CV-00462 |
| VERSUS | |
| POLICE DEPARTMENT OF<br>PINEVILLE, et al.,<br>Defendants | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the motion to dismiss filed by the City of Pineville (Doc. 5) is GRANTED and plaintiffs' action against the Pineville City Police Department is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the motion to dismiss filed by Officer Belgard and Officer Hebert (Doc. 6) is DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 4 day of June, 2013.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT JUDGE